**2**

1 Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
2 680 Auburn Folsom Road, Suite 109
Auburn, CA  95603
3 Tel:  (530) 889-8900
Fax: (530) 820-1526
4 hollyburgess@lohsb.com

5
Attorney for Plaintiffs Dennis Schendel
6 and Catherine Schendel

7

8 **THE UNITED STATES DISTRICT COURT**

9 **THE EASTERN DISTRICT OF CALIFORNIA**

10 **SACRAMENTO DIVISION**

11

| | |
|---|---|
| DENNIS SCHENDEL, an individual; and CATHERINE SCHENDEL, an individual; | **CASE NO.:   2:11-CV-01411-JAM-JFM** |
| Plaintiffs, | **ORDER GRANTING DISMISSAL OF COMPLAINT <u>WITHOUT</u> PREJUDICE** |
| vs. | |
| ACE MORTGAGE FUNDING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); CHICAGO TITLE; AURORA LOAN SERVICES, LLC; QUALITY LOAN SERVICE CORPORATION; LSI TITLE AGENCY, INC.; and DOES 1-100, | |
| Defendants. | |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** filed by Plaintiffs, DENNIS SCHENDEL and CATHERINE SCHENDEL, pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby orders as follows:

///

///

///

///

- 1-
**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com

1   **IT IS HEREBY ORDERED** that the complaint in the above-captioned matter is dismissed
2   in its entirety without prejudice.
3
4   Dated:  11/16/2011
5                                          /s/ John A. Mendez
                                           John A. Mendez
6                                          JUDGE, U.S. DISTRICT COURT

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2-

**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com